MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
FAX No.:      (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CERTIFICATE OF SERVICE |
| - v. - | : | 08 CIV 5443 (LTS) |
| ANTHONY ANYANWU, | : | |
| Defendant. | : | |

--------------------------------------------------------x

       KATHLEEN A. ZEBROWSKI, pursuant to 28 U.S.C. § 1746 affirms the following under penalty of perjury:

       1.    I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York and the attorney for the plaintiff.  As such, I am in charge of this action, and I am familiar with the matters set forth herein.

       2.    On August 19, 2008, I caused to be served a copy of the August 12, 2008 Order in above-captioned case by first class mail on Anthony Anyanwu, 901 Walton Avenue, Apt. 1A, Bronx, New York, 10452.

Dated: New York, New York
August 19, 2008

    /s/ Kathleen A. Zebrowski
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney